UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ASML HOLDING N.V. SECURITIES LITIGATION

No. 24 Civ. 8664 (NRB)

[PROPOSED] REVISED SCHEDULING ORDER

IT IS HEREBY ORDERED THAT:

1. Defendants shall file any answer or motion(s) to dismiss by July 25, 2025;

2. Lead Plaintiffs shall file an opposition to any motion(s) to dismiss by October 7, 2025; and

3. Defendants shall file any reply in support of any motion(s) to dismiss by November 10, 2025.

SO ORDERED.

Dated: June 23, 2025

The Honorable Naomi Reice Buchwald
United States District Judge