UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re ASML Holding N.V. Securities Litigation* | 1:24-cv-08664-NRB |

**DECLARATION OF ABHINAYA SWAMINATHAN
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED
COMPLAINT AND MOTION TO STRIKE CERTAIN PORTIONS THEREOF**

I, Abhinaya Swaminathan, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

1. I am a member of the Bar of this Court and an attorney at the law firm of Freshfields US LLP, counsel for Defendants in the above-captioned matter. I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Consolidated Amended Complaint and Motion to Strike Certain Portions Thereof, filed simultaneously herewith.[1] The facts set forth in this Declaration are based on my personal knowledge, information, and belief.

A. **ASML's Public Disclosures**

2. Attached hereto as Exhibit 1 is a true and correct highlighted, excerpted copy of an ASML press release, filed with the SEC on November 10, 2022, as Exhibit 99.1 on Form 6-K, referenced at ¶¶4, 38, 72, 85, 217.

3. Attached hereto as Exhibit 2 is a true and correct highlighted, excerpted copy of an ASML presentation, filed with the SEC on November 14, 2022, as Exhibit 99.2 on Form 6-K.

---

[1] Defined terms as in Defendants' Memorandum of Law [ECF 93].

1

4.   Attached hereto as Exhibit 3 is a true and correct highlighted, excerpted copy of a second ASML presentation, filed with the SEC on November 14, 2022, as Exhibit 99.3 on Form 6-K, referenced at ¶¶4, 38, 72.

5.   Attached hereto as Exhibit 4 is a true and correct highlighted, excerpted copy of ASML's 4Q2022 and FY2022 earnings release, filed with the SEC on January 25, 2023, as Exhibit 99.1 on Form 6-K.

6.   Attached hereto as Exhibit 5 is a true and correct highlighted, excerpted copy of ASML's 4Q2022 and FY2022 earnings presentation, filed with the SEC on January 25, 2023, as Exhibit 99.2 on Form 6-K, referenced at ¶7.

7.   Attached hereto as Exhibit 6 is a true and correct highlighted, excerpted copy of the transcript of ASML's January 25, 2023 4Q2022 and FY2022 earnings call, published by S&P Global.

8.   Attached hereto as Exhibit 7 is a true and correct highlighted, excerpted copy of ASML's 2022 Annual Report for the year ended December 31, 2022, filed with the SEC on February 15, 2023, on Form-20-F.

9.   Attached hereto as Exhibit 8 is a true and correct highlighted, excerpted copy of ASML's 1Q2023 earnings release, filed with the SEC on April 19, 2023, as Exhibit 99.1 on Form 6-K.

10.   Attached hereto as Exhibit 9 is a true and correct highlighted, excerpted copy of the transcript of ASML's April 19, 2023 1Q2023 earnings call, published by S&P Global.

11.   Attached hereto as Exhibit 10 is a true and correct highlighted, excerpted copy of an ASML press release dated June 30, 2023, referenced at ¶¶9, 43.

12. Attached hereto as Exhibit 11 is a true and correct highlighted, excerpted copy of ASML's 2Q2023 earnings release, filed with the SEC on July 19, 2023, as Exhibit 99.1 on Form 6-K.

13. Attached hereto as Exhibit 12 is a true and correct highlighted, excerpted copy of ASML's 2Q2023 earnings presentation, filed with the SEC on July 19, 2023, as Exhibit 99.2 on Form 6-K, referenced at ¶7.

14. Attached hereto as Exhibit 13 is a true and correct highlighted, excerpted copy of the transcript of ASML's July 19, 2023 2Q2023 earnings call, published by S&P Global.

15. Attached hereto as Exhibit 14 is a true and correct highlighted, excerpted copy of the transcript of ASML's September 6, 2023 Communacopia & Technology Conference presentation, published by S&P Global and referenced at ¶47.

16. Attached hereto as Exhibit 15 is a true and correct highlighted copy of an ASML press release dated October 17, 2023, referenced at ¶48.

17. Attached hereto as Exhibit 16 is a true and correct highlighted, excerpted copy of ASML's 3Q2023 earnings release, filed with the SEC on October 18, 2023, as Exhibit 99.1 on Form 6-K.

18. Attached hereto as Exhibit 17 is a true and correct highlighted, excerpted copy of ASML's 3Q2023 earnings presentation, filed with the SEC on October 18, 2023, as Exhibit 99.2 on Form 6-K, referenced at ¶7.

19. Attached hereto as Exhibit 18 is a true and correct highlighted, excerpted copy of the transcript of ASML's October 18, 2023 3Q2023 earnings call, published by S&P Global and referenced at ¶¶48, 57, 216.

20. Attached hereto as Exhibit 19 is a true and correct highlighted copy of an ASML press release dated January 1, 2024, referenced at ¶¶9, 43.

21. Attached hereto as Exhibit 20 is a true and correct highlighted, excerpted copy of ASML's 4Q2023 and FY2023 earnings release, filed with the SEC on January 24, 2024, as Exhibit 99.1 on Form 6-K, referenced at ¶¶53, 201, 206.

22. Attached hereto as Exhibit 21 is a true and correct highlighted copy of the transcript of a January 24, 2024 4Q2023 and FY2023 pre-recorded video interview with Dassen, published on ASML's website and referenced at ¶¶166, 183, 201, 208, 215.

23. Attached hereto as Exhibit 22 is a true and correct highlighted, excerpted copy of the certified transcript of ASML's January 24, 2024 4Q2023 and FY2023 earnings press conference webcast, prepared by Transperfect from a video recording available on ASML's website and referenced at ¶¶202, 207. [2]

24. Attached hereto as Exhibit 23 is a true and correct highlighted, excerpted copy of the transcript of ASML's January 24, 2024 4Q2023 and FY2023 earnings call, published by AlphaSense and referenced at ¶¶55-60, 165, 181, 197, 201, 205, 216, 254, 259, 263.

25. Attached hereto as Exhibit 24 is a true and correct highlighted, excerpted copy of ASML's 2023 Annual Report for the year ended December 31, 2023, filed with the SEC on February 14, 2024, on Form-20-F, referenced at ¶185.

26. Attached hereto as Exhibit 25 is a true and correct highlighted, excerpted copy of ASML's 1Q2024 earnings release, filed with the SEC on April 17, 2024, as Exhibit 99.1 on Form 6-K, referenced at ¶69.

---

[2] The video recording can be found at: https://www.asml.com/en/investors/financial-results/q4-2023.

27. Attached hereto as Exhibit 26 is a true and correct highlighted copy of the transcript of an April 17, 2024 1Q2024 pre-recorded video interview with Dassen, posted on ASML's website, and referenced at ¶¶168-169, 171, 210, 217.

28. Attached hereto as Exhibit 27 is a true and correct highlighted, excerpted copy of the transcript of ASML's April 17, 2024 1Q2024 earnings call, published by S&P Global and referenced at ¶¶69-73, 124, 168, 187, 198, 209, 254, 270-271, 274.

29. Attached hereto as Exhibit 28 is a true and correct highlighted, excerpted copy of the transcript of ASML's April 24, 2024 shareholder/analyst call, published by S&P Global and referenced at ¶218.

30. Attached hereto as Exhibit 29 is a true and correct highlighted, excerpted copy of ASML's 2Q2024 earnings release, filed with the SEC on July 17, 2024, as Exhibit 99.1 on Form 6-K, referenced at ¶81.

31. Attached hereto as Exhibit 30 is a true and correct highlighted, excerpted copy of the transcript of a July 17, 2024 2Q2024 pre-recorded video interview with Fouquet, posted on ASML's website and referenced at ¶¶173, 199, 203, 212.

32. Attached hereto as Exhibit 31 is a true and correct highlighted, excerpted copy of the transcript of ASML's July 17, 2024 2Q2024 earnings call, published by S&P Global and referenced at ¶¶82-85, 173, 189, 199, 203, 211, 219, 259.

33. Attached hereto as Exhibit 32 is a true and correct highlighted, excerpted copy of the transcript of the August 5, 2024 KeyBanc Technology Leadership Forum, published by Bloomberg and referenced at ¶¶90-92, 97, 125, 126, 134, 175, 177, 191, 213, 220, 255, 257, 259, 263, 277.

34. Attached hereto as Exhibit 33 is a true and correct highlighted, excerpted copy of the transcript of the September 4, 2024 ASML Conference at Citi Global TMT, published by LSEG and referenced at ¶¶132, 193, 221, 259, 270, 274.

35. Attached hereto as Exhibit 34 is a true and correct highlighted copy of an ASML press release dated September 6, 2024.

36. Attached hereto as Exhibit 35 is a true and correct highlighted copy of the transcript of ASML's September 10, 2024 Communacopia & Technology Conference presentation, published by S&P Global and referenced at ¶¶179, 195, 222, 277.

37. Attached hereto as Exhibit 36 is a true and correct highlighted copy of ASML's 3Q2023 earnings release, filed with the SEC on October 15, 2024, as Exhibit 99.1 on Form 6-K, referenced at ¶¶138, 226.

38. Attached hereto as Exhibit 37 is a true and correct highlighted, excerpted copy of the transcript of ASML's October 16, 2024 3Q2023 earnings call, published by S&P Global and referenced at ¶¶145-148, 231.

39. Attached hereto as Exhibit 38 is a true and correct highlighted copy of an ASML press release dated December 2, 2024, referenced at ¶163.

40. Attached hereto as Exhibit 39 is a true and correct highlighted, excerpted copy of the transcript of the December 4, 2024 UBS Global Technology & AI Conference, published by Bloomberg and referenced at ¶¶120, 123, 158, 277.

41. Attached hereto as Exhibit 40 is a true and correct highlighted, excerpted copy of ASML's 4Q2024 and FY2024 earnings release, filed with the SEC on January 29, 2025, as Exhibit 99.1 on Form 6-K.

42. Attached hereto as Exhibit 41 is a true and correct highlighted, excerpted copy of ASML's 4Q2024 and FY2024 earnings presentation, filed with the SEC on January 29, 2025, as Exhibit 99.2 on Form 6-K.

43. Attached hereto as Exhibit 42 is a true and correct highlighted, excerpted copy of the transcript of ASML's January 29, 2025 4Q2024 and FY2024 earnings call, published by S&P Global and referenced at ¶¶161, 264.

44. Attached hereto as Exhibit 43 is a true and correct highlighted, excerpted copy of ASML's 2024 Annual Report for the year ended December 31, 2024, filed with the SEC on March 5, 2025, on Form-20-F, referenced at ¶¶125, 253.

45. Attached hereto as Exhibit 44 is a true and correct highlighted, excerpted copy of ASML's 1Q2025 earnings release, filed with the SEC on April 16, 2025, as Exhibit 99.1 on Form 6-K.

46. Attached hereto as Exhibit 45 is a true and correct highlighted, excerpted copy of ASML's 1Q2025 earnings presentation, filed with the SEC on April 16, 2025, as Exhibit 99.2 on Form 6-K.

47. Attached hereto as Exhibit 46 is a true and correct highlighted, excerpted copy of the transcript of ASML's April 16, 2025 1Q2025 earnings call, published by S&P Global.

48. Attached hereto as Exhibit 47 is a true and correct highlighted copy of a public email and attachment, dated December 17, 2024 and sent to ASML's IR distribution list.

B. **Analyst Reports Referenced in the AC**

49. Attached hereto as Exhibit 48 is a true and correct highlighted, excerpted copy of a Societe Generale analyst report, dated September 20, 2023, referenced at ¶46.

7

50. Attached hereto as Exhibit 49 is a true and correct highlighted, excerpted copy of a BofA Securities analyst report, dated January 24, 2024, referenced at ¶61.

51. Attached hereto as Exhibit 50 is a true and correct highlighted, excerpted copy of a Raymond James analyst report, dated January 24, 2024, referenced at ¶62.

52. Attached hereto as Exhibit 51 is a true and correct highlighted, excerpted copy of a Societe Generale analyst report, dated January 24, 2024, referenced at ¶62.

53. Attached hereto as Exhibit 52 is a true and correct highlighted, excerpted copy of an ABN-AMRO analyst report, dated April 17, 2024, referenced at ¶77.

54. Attached hereto as Exhibit 53 is a true and correct highlighted, excerpted copy of a Deutsche Bank analyst report, dated April 17, 2024, referenced at ¶78.

55. Attached hereto as Exhibit 54 is a true and correct highlighted, excerpted copy of a J.P. Morgan analyst report, dated April 18, 2024, referenced at ¶77.

56. Attached hereto as Exhibit 55 is a true and correct highlighted, excerpted copy of a Jefferies analyst report, dated April 18, 2024, referenced at ¶76.

57. Attached hereto as Exhibit 56 is a true and correct highlighted, excerpted copy of a Morgan Stanley analyst report, dated July 18, 2024, referenced at ¶86.

58. Attached hereto as Exhibit 57 is a true and correct highlighted, excerpted copy of a Barclays analyst report, dated July 30, 2024, referenced at ¶87.

59. Attached hereto as Exhibit 58 is a true and correct highlighted, excerpted copy of a Jefferies analyst report, dated August 5, 2024, referenced at ¶87.

60. Attached hereto as Exhibit 59 is a true and correct highlighted, excerpted copy of a Barclays analyst report, dated August 12, 2024, referenced at ¶93.

61. Attached hereto as Exhibit 60 is a true and correct highlighted, excerpted copy of an ABN-AMRO analyst report, dated September 11, 2024, referenced at ¶134.

62. Attached hereto as Exhibit 61 is a true and correct highlighted, excerpted copy of a Barclays analyst report, dated October 8, 2024, referenced at ¶137.

63. Attached hereto as Exhibit 62 is a true and correct highlighted, excerpted copy of an ABN-AMRO analyst report, dated October 14, 2024, referenced at ¶280.

64. Attached hereto as Exhibit 63 is a true and correct highlighted, excerpted copy of a BofA Securities analyst report, October 16, 2024, referenced at ¶¶152, 237.

65. Attached hereto as Exhibit 64 is a true and correct highlighted, excerpted copy of an Evercore ISI analyst report, dated October 16, 2024, referenced at ¶237.

66. Attached hereto as Exhibit 65 is a true and correct highlighted, excerpted copy of a Citigroup analyst report, dated October 17, 2024, referenced at ¶155.

67. Attached hereto as Exhibit 66 is a true and correct highlighted, excerpted copy of a Mizuho analyst report, dated November 14, 2024, referenced at ¶159.

C. **Other Reports Referenced in the AC**

68. Attached hereto as Exhibit 67 is a true and correct highlighted copy of a Financial Times article, dated August 25, 2023, referenced at ¶45.

69. Attached hereto as Exhibit 68 is a true and correct highlighted copy of a Bloomberg article, dated January 18, 2024, referenced at ¶65.

70. Attached hereto as Exhibit 69 is a true and correct highlighted copy of an Ideastream article, dated February 2, 2024, referenced at ¶65.

71. Attached hereto as Exhibit 70 is a true and correct highlighted copy of a Reuters article, dated March 14, 2024, referenced at ¶68.

72. Attached hereto as Exhibit 71 is a true and correct highlighted copy of a Reuters article, dated April 2, 2024, referenced at ¶68.

73. Attached hereto as Exhibit 72 is a true and correct highlighted copy of an article by The Register, dated April 16, 2024, referenced at ¶68.

74. Attached hereto as Exhibit 73 is a true and correct highlighted copy of a TrendForce article, dated June 3, 2024, referenced at ¶79.

75. Attached hereto as Exhibits 74 is a true and correct highlighted copy of an article by The Register, dated June 10, 2024, referenced at ¶79.

76. Attached hereto as Exhibit 75 is a true and correct highlighted copy of a CNBC article, dated October 16, 2024, referenced at ¶159.

77. Attached hereto as Exhibit 76 is a true and correct highlighted copy of a Nomad Semi article, dated October 16, 2024, referenced at ¶159.

78. Attached hereto as Exhibit 77 is a true and correct highlighted copy of a Motley Fool article, dated October 18, 2024, referenced at ¶159.

79. Attached hereto as Exhibit 78 is a true and correct highlighted copy of a Semiconductor Deep Dive Newsletter, dated October 21, 2024, referenced at ¶160.

D.     **Other Public Disclosures**

80. Attached hereto as Exhibit 79 is a true and correct highlighted, excerpted copy of the transcript of TSMC's July 18, 2024 earnings call.

81. Attached hereto as Exhibit 80 is a true and correct highlighted, excerpted copy of the transcript of SK Hynix's July 25, 2024 earnings call.

82. Attached hereto as Exhibit 81 is a true and correct highlighted, excerpted copy of the transcript of Samsung's July 31, 2024 earnings call, referenced at ¶88.

83. Attached hereto as Exhibit 82 is a true and correct highlighted, excerpted copy of the transcript of Intel's August 1, 2024 earnings call, referenced at ¶89.

   E.   **Stock Sale Filings and Related Documents**

84. Attached hereto as Exhibit 83 is a true and correct highlighted, excerpted copy of ASML's 2023 Insider Trading Rules, filed with the SEC on February 14, 2024, as Exhibit 19.1 on Form 20-F.

85. Attached hereto as Exhibit 84 is a compilation of true and correct highlighted copies of Fouquet's filings with the AFM, disclosing transactions in ASML stock during the relevant period, referenced at ¶¶241-242, 244, 247, 250, 306-307.[3]

86. Attached hereto as Exhibit 85 are true and correct highlighted copies of Fouquet's DMM and instruction thereunder during the relevant period, as referenced in his AFM filings.

87. Attached hereto as Exhibit 86 is a compilation of true and correct highlighted copies of Dassen's filings with the AFM, disclosing transactions in ASML stock during the relevant period, referenced at ¶¶16, 28, 130, 241-244, 247, 250-251, 306-307.[4]

88. Attached hereto as Exhibit 87 are true and correct highlighted copies of Dassen's DMM and instructions thereunder during the relevant period, as referenced in his AFM filings.

89. Attached hereto as Exhibit 88 is a compilation of true and correct highlighted copies of Schneider-Maunoury's filings with the AFM, disclosing transactions in ASML stock during the relevant period, referenced at ¶¶241-242, 245-247, 250.[5]

---

[3] Available at https://www.afm.nl/en/sector/registers/meldingenregisters/bestuurders-commissarissen?KeyWords=asml.
[4] Available at https://www.afm.nl/en/sector/registers/meldingenregisters/bestuurders-commissarissen?KeyWords=asml.
[5] Available at https://www.afm.nl/en/sector/registers/meldingenregisters/bestuurders-commissarissen?KeyWords=asml.

90. Attached hereto as Exhibit 89 are true and correct highlighted copies of Schneider-Maunoury's DMM and instruction thereunder during the relevant period, as referenced in his AFM filings.

91. Attached hereto as Exhibit 90 is a compilation of true and correct highlighted copies of Allan's filings with the AFM, disclosing transactions in ASML stock during the relevant period, referenced at ¶¶241-242, 245, 248-250.[6]

92. Attached hereto as Exhibit 91 are true and correct highlighted copies of Allan's DMM and instructions thereunder during the relevant period, as referenced in his AFM filings.

### F. Former Employee Declarations

93. Attached hereto as Exhibit 92 is a true and correct copy of the sworn declaration of the individual believed to be FE1, referenced at ¶¶99-102, with name redacted and filed under seal.

94. Attached hereto as Exhibit 93 is a true and correct copy of the sworn declaration of the individual believed to be FE3, referenced at ¶¶108-110, with name redacted and filed under seal.

95. Attached hereto as Exhibit 94 is a true and correct copy of the sworn declaration of the individual believed to be FE5, referenced at ¶¶112-116, 258, 260, with name redacted and filed under seal.

96. Attached hereto as Exhibit 95 is a true and correct copy of the sworn declaration of the individual believed to be FE6, referenced at ¶¶117-118, with name redacted and filed under seal.

---

[6] Available at https://www.afm.nl/en/sector/registers/meldingenregisters/bestuurders-commissarissen?KeyWords=asml.

97. Attached hereto as Exhibit 96 is a true and correct copy of the sworn declaration of the individual believed to be FE7, referenced at ¶¶261-262, with name redacted and filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 25, 2025
       New York, New York

                                         */s/ Abhinaya Swaminathan*
                                         Abhinaya Swaminathan