# Exhibit 92

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re ASML Holding N.V. Securities Litigation* | Case No. 1:24-cv-08664-NRB-JW |

**DECLARATION OF [redacted]**

[redacted] hereby declares as follows:

1. Counsel for ASML provided me with a copy of the Amended Complaint in this action. I think its possible that I am the person identified in the Amended Complaint as Former Employee 1 ("FE1").

2. I received two calls about this case, each lasting less than 30 minutes. I do not recall the names of the people on the phone, but I understood that they were working with investors looking to bring this lawsuit.

3. Following my conversations with the plaintiffs' personnel, I don't recall that I was shown a draft of the Amended Complaint or any portions that reference me. I don't recall that I was provided the opportunity to review or correct any of the statements attributed to me in the Amended Complaint.

4. Paragraph 99 of the Amended Complaint states that "FE 1 was a customer support engineer for ASML." I told the plaintiffs' personnel that I worked at Cymer, performing planned and unplanned maintenance on lasers in ASML machines at Intel's Arizona fab.

5. Paragraph 99 states that, at Intel's Chandler, Arizona location, "FE 1 recounted that existing fabs were only operating at 50% capacity in early 2024." I do not believe I said this to plaintiffs' personnel and I would not have said it. From my position at Cymer, I had no basis or

information to know specific percentage utilization by Intel at its fabs. In addition, I did not and would not know if any observed utilization level was standard for Intel or represented a change from Intel's regular practice.

6. Paragraph 101 states that "FE1 also explained that Intel started to ramp down or 'cold bag' the machines he was servicing around November 2022 for the December, January and February period and was supposed to bring the machines back up." I told plaintiffs' personnel that Intel typically cold-bagged certain machines at the Chandler, Arizona fab for the December to February period. I also told them that although not all cold-bagged machines were ramped back up in 2023 and 2024, the machines that had not been cold-bagged were operating at greater laser pulse rates than before. This information is not in the Amended Complaint. In addition, I did not and do not know why Intel did not ramp all of the Chandler cold-bagged machines back up in 2023 and 2024.

7. Paragraph 101 states that "FE 1 also visited other Intel fabs in California and Oregon," and "[b]ased on what he saw there, he believed that they were operating similarly to Chandler and not anywhere near their full production capacity." I do not believe I said this to plaintiffs' personnel and I would not have said it. I once traveled to ASML training sites in California and Oregon. These were not Intel fabs. There were no Intel-operated lithography machines at these ASML training sites and I would have no basis to comment on Intel's utilization at any fabs in California or Oregon.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 21 JULY, 2025.

[redacted]