# Exhibit 93

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re ASML Holding N.V. Securities Litigation* | Case No. 1:24-cv-08664-NRB-JW |

## DECLARATION OF [redacted]

[redacted] hereby declares as follows:

1. Counsel for ASML provided me with a copy of the Amended Complaint in this action. I believe that I am the person identified as Former Employee 3 ("FE3").

2. I received two calls from individuals representing investors who were bringing claims against ASML. The first call, around early or mid-May, lasted about five minutes. The second call, a few days later, lasted about 15 minutes.

3. Following those calls with plaintiffs' personnel, they never showed me a draft of the Amended Complaint or any portions that reference me. I was not provided the opportunity to review or correct any of the statements attributed to me in the Amended Complaint.

4. Paragraph 108 of the Amended Complaint says that I told plaintiffs' personnel that I was a field services engineer at Cymer. I also told them that my position was an entry-level position.

5. Paragraph 108 says that I told plaintiffs' personnel that I serviced machines at Intel fabs. I told them that I did so for approximately six months ending October 2023, at four Intel fabs in Chandler, Arizona. I told them that I had no basis to speak to any other Intel fabs besides those four and that I had no basis to speak to any other Cymer or ASML customer's fabs.

6. Paragraph 108 says that I told plaintiffs' personnel that I saw machines shut down

or cold bagged during the time I worked on site at Intel. I also told plaintiffs' personnel that, as an entry-level engineer, I was not privy to why machines were shut down or cold bagged. I told plaintiffs' personnel that there could have been many reasons, including gas prices, China developments, and the war in Ukraine. I also told plaintiffs' personnel that the shut-down and cold-bagged machines were shipped to other locations and customers for use, although I did not know where.

7. Paragraph 109 says that I monitored certain data at the four Intel labs. I told plaintiffs' personnel that I reported the data I saw to my immediate supervisor. Paragraph 109 references certain "reports" about that data going "all the way up to the top of ASML." I told plaintiffs' personnel that, as an entry-level engineer, I was not privy to any reports that my supervisor provided up the chain and that I did not see them or know what was in them.

8. Paragraph 110 says that I "spent [my] last four months sitting in a cubicle for 12 hours a day, doing absolutely nothing more than 60% of the time." I did not say that. I told plaintiffs' personnel that I worked the night shift, during which it was expected that there would be little to do unless there was an emergency or planned maintenance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10th, 2025.

[redacted]