# Exhibit 95

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re ASML Holding N.V. Securities Litigation* | Case No. 1:24-cv-08664-NRB-JW |

**DECLARATION OF [redacted]**

[redacted] hereby declares as follows:

1. Counsel for ASML provided me with a copy of the Amended Complaint in this action. I believe that I am the person identified in the Amended Complaint as Former Employee 6 ("FE6").

2. An investigator contacted me via LinkedIn to discuss this case. I spoke with the investigator by telephone twice, first with the investigator alone and then with a lawyer working with the investigator. I understood that the investigator and lawyer were working with the plaintiffs in this lawsuit.

3. Paragraph 117 states that "FE 6 maintained the schedule for EUV upgrades and installations." I told the investigator that I maintained the schedules for EUV upgrades for TSMC. I did not say that I maintained schedules for EUV installations and I did not do so.

4. Paragraph 118 states that "FE 6 explained that…these upgrades, each cost[] $100 approximately million." As an engineer at ASML, I did not know, and had no basis to know, the cost of EUV upgrades. After being asked that question several times, I gave the investigator an estimate of $100 million based on public information I had seen about the general cost to purchase an EUV machine, which I understand is approximately $150 million. That was a guess. In addition, as an engineer, I did not know, and had no basis to know, the revenue impact to ASML from a

cancelled or postponed upgrade. In particular, I did not and do not know whether any revenue associated with a given upgrade was already included in and paid for through an initial purchase agreement.

5. Paragraph 118 states that I told the investigator about upgrade postponements or cancellations by TSMC. The investigator asked me why TSMC cancelled or postponed EUV upgrades in 2024. I told the investigator that I believed it was because TSMC was so busy and had so much demand for its products that it could not afford to take its EUV machines offline to upgrade them. The Amended Complaint does not include this information I provided.

6. Following my conversations with the investigator and the lawyer, I was never shown a draft of the Amended Complaint or any portions that reference me. I was not provided the opportunity to review or correct any of the statements attributed to me in the Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 24 June, 2025.

[redacted]