UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ASML HOLDING N.V.
SECURITIES LITIGATION

No. 24 Civ. 8664 (NRB)

[PROPOSED] REVISED SCHEDULING ORDER

**IT IS HEREBY ORDERED THAT** Defendants shall file their reply in support of their motion to dismiss by November 24, 2025. *No further extensions NRB*

**SO ORDERED.**

Dated: *October 21*, 2025

*Naomi Reice Buchwald*
The Honorable Naomi Reice Buchwald
United States District Judge