# FRESHFIELDS

**New York**

3 World Trade Center
175 Greenwich Street
New York, NY 10007

**Meredith Kotler**

**T** +1 (212) 277-4007
**E** meredith.kotler@freshfields.com
freshfields.us

July 25, 2025

**VIA ECF AND EMAIL TO CHAMBERS**

The Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Application granted.

SO ORDERED.

*[signature]*

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: February 12, 2026
New York, New York

Re:   *In re ASML Holding N.V. Securities Litigation*, Case No. 1:24-cv-08664 (NRB)

Dear Judge Buchwald:

We write on behalf of Defendants pursuant to Rule 2.E.2 of Your Honor's Individual Practices to respectfully request leave to file under seal limited portions of Exhibits 92-96 to the July 25, 2025 Declaration of Abhinaya Swaminathan [ECF 94]. The Exhibits were filed on the public docket with redactions. The unredacted Exhibits have been filed under seal, attached to the July 25, 2025 Sealed Declaration of Abhinaya Swaminathan [ECF 96], with proposed redactions highlighted and electronically related to this letter-motion.

Exhibits 92-96 consist of sworn declarations Defendants obtained from five individuals believed to be certain former employees ("FEs") identified in the Amended Complaint ("AC") and upon whose supposed statements the AC relies. ¶¶99-118, 261-262. The Exhibits were filed publicly in redacted form, with the FEs' names redacted. The AC did not reveal the FEs' identities. ¶99 n.3. Defendants' proposed redactions would maintain the status quo, to protect the FEs' confidentiality.

Where, as here, only names are redacted, the presumption of public access is relatively low, as "the public [would] be able to read and understand each document even with the redacted information." *Citgo Petroleum v. Starstone*, 2023 WL 7497858, *2 (S.D.N.Y. Nov. 9, 2023). Moreover, the privacy interests of "third parties … should weigh heavily in the Court's balancing equation." *Id.*; *accord Mirlis v. Greer*, 952 F.3d 51, 67 (2d Cir. 2020); *In re Millennial Media Sec. Litig.*, 2015 WL 3443918, *4 (S.D.N.Y. May 29, 2015) (approving redactions of "names and other identifying information" of confidential witnesses in securities complaint).

Accordingly, Defendants respectfully request that leave to seal limited portions of Exhibits 92-96 be granted.

Respectfully submitted,

/s/  *Meredith Kotler*
Meredith Kotler

cc: All Counsel of Record (via ECF)