**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re ASML Holding N.V. Securities Litigation* | 1:24-cv-08664-NRB |

**[PROPOSED] REVISED SCHEDULING ORDER**

**IT IS HEREBY ORDERED THAT:**

For good cause shown, Defendants' time to file their Answer to Plaintiffs' Amended Complaint shall be extended from April 10, 2026 until May 1, 2026.

**SO ORDERED.**

Dated: ___April 6___, 2026

_____

The Honorable Naomi Reice Buchwald
United States District Judge